IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-15470

_____

D.C. Docket No. 3:16-cr-00093-TJC-JRK-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CORRINE BROWN,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

Before WILLIAM PRYOR, Chief Judge, WILSON, JORDAN, MARTIN, ROSENBAUM, NEWSOM, BRANCH, GRANT, LUCK, LAGOA, and BRASHER, Circuit Judges.*

A petition for rehearing having been filed and a member of this Court in active service having requested a poll on whether this case should be reheard en

_____

*Judge Jill Pryor has recused herself and did not participate in the poll to rehear this appeal en banc.

banc, and a majority of the judges of this Court in active service who are not disqualified having voted in favor of granting rehearing en banc, IT IS ORDERED that this case will be reheard en banc. The panel's opinion is VACATED.